U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 18 2019

TONY R. MOORE, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT A. REED | CIVIL ACTION NO. 18-cv-0095 |
| VERSUS | JUDGE DRELL |
| PROCTER & GAMBLE MANUFACTURING CO., ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Procter & Gamble's **Motion to Dismiss (Doc. 5)** is **granted** and all claims against Procter & Gamble Manufacturing Co. are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 8)** filed by Bilfinger Industrial and Scott Crader is **granted in part** by dismissing with prejudice all claims against Scott Crader, and is **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___18th___ day of ___January___, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE